UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMIE "GEM" THOMPSON, | Case No. 2:25-cv-00079-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| COSMOPROF INC., a Domestic Corporation, | |
| Defendant. | |

Before the Court is Plaintiff/Judgment Creditor's Renewed Motion for a Judgment Debtor Examination of Judgment Debtor's Principal. ECF No. 19. The Motion was served on Defendant; however, no response was filed.

Plaintiff initiated this lawsuit on January 13, 2025. ECF No. 1. After service was returned executed but Defendant failed to appear, Plaintiff moved for Entry of Clerk's Default (ECF No. 7) that was entered on March 7, 2025. ECF No. 8. Later, Plaintiff's Motion for Default Judgment was granted in part on December 29, 2025. ECF No. 11. Plaintiff (now Judgment Creditor) initially filed a Motion for Judgment Debtor Exam on April 6, 2026. Because the Motion was not effectively served on Defendant (now Judgment Debtor) the Court ordered the Judgment Creditor to serve the Motion and file a proof of service with the Court before the merits of the Motion would be considered. Judgment Creditor filed the Renewed Motion on April 16, demonstrating effective service. ECF No. 19.

"Under Fed. R. of Civ. Pro. 69(a)(1), '[a] money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.'" *Aim High Inv. Grp., LLC v. Spectrum Lab'ys, LLC,* Case No. 2:22-cv-00158-GMN-DJA, 2025 WL 3006072, at \*1 (D. Nev. Sept. 17, 2025). To aid the judgment or execution, "the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment

1

debtor—as provided in these rules or by the procedure of the state where the court is located." Fed. R. of Civ. Pro. 69(a)(2).

In turn, NRS 21.270 sets forth that a judgment creditor is "entitled" to an order from the judge requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property. NRS 21.270(1). However, "[n]o judgment debtor may be required to appear outside the county in which the judgment debtor resides." NRS 21.270(1).

Here, Judgment Creditor has received a judgment in the amount of $27,364.00 and $3,000 in attorney's fees. ECF Nos. 11, 15. The Judgment Debtor's principal resides in Las Vegas, which is within the same county as where the proposed examination is to take place. ECF No. 19 at 2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff/Judgment Creditor's Renewed Motion for a Judgment Debtor Examination of Judgment Debtor's Principal (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that Muhammet Hasan Arikan, the principal of Judgment Debtor CosmoProf, shall appear at the office of Hatfield & Associates, Ltd., 703 S. 8th Street, Las Vegas, Nevada 89101, on May 15, 2026, at 1:00 p.m. for a judgment debtor examination regarding CosmoProf's property and assets.

IT IS FURTHER ORDERED that Judgment Creditor must personally serve a copy of this order on the Judgment Debtor.

Dated this 1st day of May, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE